PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY MCGRUDER<br><br>Defendant. | CASE NO. 1:17-CR-00073-NODJ-BAM<br><br>STIPULATION TO SET REVOCATION HEARING AND VACATE STATUS CONFERENCE; ORDER<br><br>DATE: January 17, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

United States of America, by and through its counsel of record, Assistant United States Attorney Brittany M. Gunter, and defendant Terry McGruder, by and through defendant's counsel of record, Roberto Dulce, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 17, 2024, at 2:00 p.m. Dkt. 53.

2. By this stipulation, the parties request that the Court set the case for a revocation hearing before District Judge Dale A. Drozd on January 29, 2024. The parties confirmed the proposed date for the revocation hearing with the courtroom deputy.

3. The parties no longer need the status conference set for January 17, 2024, as the defendant will not be entering an admission to the charges in the Superseding Supervised Release

///

///

STIPULATION TO SET REVOCATION HEARING AND
VACATE STATUS CONFERENCE; ORDER

1

Violation Petition. Accordingly, the parties request that the Court vacate the status conference set for January 17, 2024.

  IT IS SO STIPULATED.

Dated: January 12, 2024          PHILLIP A. TALBERT
                 United States Attorney

                 /s/ BRITTANY M. GUNTER
                 BRITTANY M. GUNTER
                 Assistant United States Attorney

Dated: January 12, 2024          /s/ ROBERTO DULCE
                 ROBERTO DULCE
                 Counsel for Defendant

**ORDER**

  IT IS ORDERED that:

    (1) A revocation hearing is set **for January 29, 2024**, before District Judge Dale A. Drozd.

    (2) The status conference set for January 17, 2024, is hereby VACATED.

IT IS SO ORDERED.

Dated:  **January 12, 2024**               
                 UNITED STATES MAGISTRATE JUDGE