PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00073-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| TERRY MCGRUDER, | |
| Defendant. | |

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 26, 2024. ECF 62.

2. By this stipulation, the parties now move to continue sentencing until March 27, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On February 15, 2024, the assigned probation officer informed the parties that he cannot be available for the currently set sentencing hearing.

    b) The parties consulted and agreed to continue the sentencing to March 27, 2024, so the assigned probation officer can be present at the sentencing hearing.

    c) The parties conferred with the Court and confirmed the Court's availability for sentencing on March 27, 2024.

///

      d)    Neither the government nor the defendant objects to continuing sentencing to March 27, 2024.

IT IS SO STIPULATED.

Dated:  February 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  February 16, 2024

/s/ ROBERTO DULCE
ROBERTO DULCE
Counsel for Defendant
TERRY MCGRUDER

## **ORDER**

IT IS ORDERED that the sentencing hearing set for **February 26, 2024,** is continued to **March 27, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **February 16, 2024**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE