UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:17-cr-00073-DAD |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT AS COUNSEL OF RECORD AND CLOSING CASE |
| v. | |
| TERRY McGRUDER, | |
| Defendant. | (Doc. No. 78) |

Having reviewed the motion and found that previously appointed defense counsel Robert R. Dulce has completed the services for which he was appointed, the Court hereby grants attorney Dulce's April 15, 2024 motion to terminate his Criminal Justice Act appointment and withdraw as defense counsel in this matter.  Should defendant McGruder seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for that office is (559) 487-5561 (collect) or (858) 656-4360 (toll-free).  If appropriate, that office will arrange for the reappointment of counsel to assist defendant.

Accordingly,

1.) The motion to terminate the CJA appointment (Doc. No. 78) is granted; and

2.) The Clerk of the Court will be directed to serve a copy of this order on defendant Terry McGruder at the below address and to update the docket to reflect defendant's

1

*pro se* status and contact information:[1]

> Terry McGruder
> Register Number 76350-097
> USP Victorville
> U.S. Penitentiary
> P.O. Box 3900
> Adelanto, CA  92301

IT IS SO ORDERED.

Dated:  **May 9, 2024**                                   /s/ Dale A. Drozd
   DALE A. DROZD
   UNITED STATES DISTRICT JUDGE

---

[1] This case has recently been reassigned to the undersigned for all purposes. (Doc. No. 77.) By separate order, to be issued in the coming weeks, the court will address defendant McGruder's pending motion to vacate and or reduce sentence brought pursuant to 28 U.S.C. 2255. (See Doc. No. 32.)