UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>TERRY MCGRUDER,<br>Defendant. | Case No. 1:17-cr-00073-DAD<br><br>DETENTION ORDER<br>(Violation of Supervised Release) |

The Defendant having been arrested for alleged violations of the terms and conditions of supervised release; and

Having conducted a detention hearing pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143(a), the court orders the above-named defendant detained and finds that:

☐ The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

☑ The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

This finding is based on the reasons stated on the record.

Dated: November 13, 2023

By: ______________________
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE