HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TERRY MCGRUDER,<br>Defendant. | CASE NO. 1:17-CR-00073-DAD-EGC<br><br>STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET STATUS CONFERENCE<br><br>DATE: November 20, 2026<br>TIME: 2:00 P.M.<br>COURT: Hon. Frank J. Singer |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for a preliminary hearing regarding the alleged violations of supervised release on November 20, 2026.

2. By this stipulation, the parties stipulate that the preliminary hearing may be vacated and a status conference set for November 24, 2026, at 2:00 PM to allow time for defense investigation and negotiations. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: November 19, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ CHRISTINA M. CORCORAN
CHRISTINA M. CORCORAN
Assistant Federal Defender
Counsel for Terry McGruder

ERIC GRANT
United States Attorney

Dated: November 19, 2026

/s/ KAITLYN TOBIN
KAITLYN TOBIN
Assistant United States Attorney
Attorney for Plaintiff

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court vacates the preliminary hearing set for November 20, 2026 at 2:00 p.m. and sets the matter for a status conference on **November 24, 2026, at 2:00 PM, before the Honorable Erin Guy Castillo**.

IT IS SO ORDERED.

DATED: November 19, 2026

THE HONORABLE FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE